*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:   December 17, 2015                520598
_____

In the Matter of LEONALDO
    RIVERA,
                        Appellant,

        v                                   MEMORANDUM AND ORDER

ANTHONY J. ANNUCCI, as Acting
    Commissioner of Corrections
    and Community Supervision,
    et al.,
                        Respondents.
_____

Calendar Date:   October 27, 2015

Before:   Peters, P.J., Garry, Egan Jr. and Clark, JJ.

_____

        Leonaldo Rivera, Caguas, Puerto Rico, appellant pro se.

        Eric T. Schneiderman, Attorney General, Albany (Robert M.
Goldfarb of counsel), for respondents.

_____

        Appeal from a judgment of the Supreme Court (Melkonian,
J.), entered February 3, 2015 in Albany County, which dismissed
petitioner's application, in a proceeding pursuant to CPLR
article 78, to review a determination of respondent Commissioner
of Corrections and Community Supervision withholding good time
credit.

        Petitioner commenced this CPLR article 78 proceeding
challenging a determination of the Time Allowance Committee that
withheld good time allowance based upon his failure to complete
certain treatment programs.  Supreme Court dismissed the petition
and this appeal ensued.  The Attorney General has advised the
Court that petitioner reached the maximum expiration date of his

sentence and has been released from prison.  Accordingly, this appeal must be dismissed as moot (see Matter of Levola v Fischer, 87 AD3d 1191, 1191 [2011]; Matter of Johnson v New York State Dept. of Correctional Servs., 70 AD3d 1081, 1081 [2010]).

Peters, P.J., Garry, Egan Jr. and Clark, JJ., concur.


ORDERED that the appeal is dismissed, as moot, without costs.


ENTER:

Robert D. Mayberger
Clerk of the Court